IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DREW KARLBERG, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SANTANDER BANK, N.A. | : | NO. 17-3561 |

## ORDER

AND NOW, this **25th** day of October, 2017, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Drew Karlberg to remand this action to the Court of Common Pleas of Philadelphia County (Doc. # 8) is GRANTED.

BY THE COURT:

_____
                                    J.